

# NUMBER 13-19-00455-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RICHARD JIMENEZ,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                   Appellee.

### On appeal from the 36th District Court
### of Aransas County, Texas.

## ORDER TO PROVIDE ACCESS TO RECORD

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

Currently before the Court is appellant's request to review the record in the above-referenced cause. Appellant's counsel has filed an *Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief.

Accordingly, it is hereby ORDERED that the trial court ensure that appellant has

the opportunity to fully examine the appellate record on or before February 24, 2020, and it is FURTHER ORDERED the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of February, 2020.